ORIGINAL

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**Raul Baez**
*Petitioner*

v.     Case No. 21-cv-4760
_(Supplied by Clerk of Court)_

**H. Tellez, Warden MDC Bklyn**
*Respondent*
(name of warden or authorized person having custody of petitioner)

DeArcy Hall, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 20 2021 ★
BROOKLYN OFFICE

RECEIVED
AUG 20 2021
PRO SE OFFICE

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: **Raul Baez**
   (b) Other names you have used: **none**

2. Place of confinement:
   (a) Name of institution: **M.D.C. Brooklyn**
   (b) Address: **P.O. Box 329002, Brooklyn, N.Y. 11232**
   (c) Your identification number: **71515-050**

3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: **United States District Court, District of New Jersey, 50 Walnut St. Newark, N.J. 07102**
   (b) Docket number of criminal case: **2:18-CR-00490-JLL-1**
   (c) Date of sentencing: **04-10-2019**
   ☐ Being held on an immigration charge
   ☐ Other (explain):

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: __BUREAU OF PRISONS__

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _____

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. First appeal

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: __attachen, BP8__

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: _____

8. Second appeal

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☒ Yes          ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Attached
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: BP 9
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. Third appeal

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes          ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: BP 10 Attached
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____
_____

10. Motion under 28 U.S.C. § 2255

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. Appeals of immigration proceedings

Does this case concern immigration proceedings?
☐ Yes    ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

12. Other appeals

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: **PROCEDURAL DUE PROCESS VIOLATION UNDER FIRST STEP ACT 2018  18 USC § 3626.(g)**

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Brief Attached

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes ☒ No

GROUND TWO: Substantive Due Process Under First Step Act 2018 18 USC 3626 (a)

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Brief Attached

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☒ No

GROUND THREE: None

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☒ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

Request for Relief

15. State exactly what you want the court to do: IMMEDIATE Release (OR) ORDER BOP to Fix ETC earned time credits.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
_____Raul Bae_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 8/16/21

X __Raul Bae_____
Signature of Petitioner

X __[signature]_____
Signature of Attorney or other authorized person, if any
Sean F. Mescall

