# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK, BROOKLYN

Mr. Raul Baez

Plaintiff(s),

vs.

Case No.

H. Tellez, Warden MDC BKLN

Defendant(s).

### Memorandum of Law

[x] In Support of or [ ] In Opposition to

(Check "In Support of" if you are filing the motion and "In Opposition to" if you are opposing the Motion that was filed.)

28 U.S.C § 2241 Writ of Habeas Corpus

(Name of Motion filed)

Provide below an explanation of why the Motion should be granted or denied. Your explanation should be provided in consecutively numbered paragraphs. If you run out of space, you may attach additional sheets of paper and continue to number your paragraphs.

1.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN

Mr. RAUL BAEZ, PRO_SE,
Petitioner

vs.                                        No._____

H. TELLEZ, Warden MDC BKLYN
Defendant

MOTION FOR WRIT OF HABEAUS CORPUS PURSUANT TO 28 U.S.C.
§ 2241, IN LIGHT OF ABROGATED EARNED TIME CREDITS UNDER
FIRST STEP ACT 2018

BACKGROUND I.

For Good Cause, comes now Raul Baez (herein Baeaz) with a
formal request for the Great Writ of Habeas Corpus in the wake
of his abrogated and NIHIL"Earned Time Credits" that he is owed
by the Bureau of Prisons-specifically MDC Brooklyn.  In fact,
the amount of Earned Time Credits or (ETC) is so massive, that
inter-alia- he should be released immediately thereby.  Raul
Baez has programmed and worked more than any other inmate at MDC
Brooklyn, and by [n]ot applying the ETC he is owed under law,
undermines Ratio Legis and discredits act of Congressional
Intent and disrupts the penal systems objectives towards keeping
recidivism rates de-minimus accordingly.  Therefore, the Habeas
Legislature promulgates granting the request under the First
Step Act, in light of Procedural Due Process for his Liberty
Interest hindrance thus far.

FEDERAL INTERROGATORIES II.

(1.) Did the First Step Act create a Liberty Interest with
respect to "Earned Time Credits" for programs and work hours
accumulated by the Legislature and bound by the Bureau?

(2.)  Would the Due Proces Clause be violated for inapplication
of the First Step Act of 2018?

i

III. FACTUAL BACKGROUND.

Baez, is owed approximately 150 days or more ETC- by calculating the time with a liberal lens. Since December of 2018, Baez has never stopped working and programming. In fact, he has never stopped wroking diligently and programming daily while training for society under PATTERN's evidence based style recidivism reduction training. Accordingly, the list of time and accomplishments is entirely too long to list here but therefore exhibited at # 1. Because of good time and release out date is shortly on the horizon, this Court should interven narrowly and (1.) ORDER the BOP to correct the hindrance,(2.) Grant the writ of Habeas Corpus-create stare decisis and apply the ETC he is owed, [o]r, in the alternative, and more probable-since Petitioner has programmed past the time he has left under the First Step Act-and release him immediately.

IV. LEGAL ARGUMENT.

The First Step Act of 2018, 18 U.S.C. § 3632(d)(4)(A) has adduced a host of programs and Evidence Based recidivism based reduction training, that redwards inmates ETC under a clear "Liberty Interest" thereby. Baez, contends that the BOP-inter alia- does [n]ot apply the First Step Act or Due Process for that matter.(see) Goodman vs. Ortiz 2020 U.S. Dist LEXIS 153874 Civ. No. 20-7582(3rd Cir 2020); 18 U.S.C. § 3632(a).[A]nd, the BOP is required to apply the FSA and Earned Time Credits within the timeframe adduced by the Legislature,(see) 18 U.S.C A. § 3632(a). Accordingly, the Bureau is creating "undue burdensome" situations for prisoners who are expecting rewards for all their efforts, undermining Ratio Legis and ignoring Legislative intent.

Absent Court intervention of the said matter, only increases

2.

additional corruption and delay by a branch of Government who is acting irrationally and arbitrary thereto. (see) Musgrove v. Ortiz, No. CV 19-5222(HHL, 2019 WL 2240563, at *2(D.N.J. May 24th 2019. The First Step Act's PATTERN program, Pub L. NO. 115-015, 132 STAT 015 2018, offers case managers to assist inmates with the needs and assesment tools to help reintergrate into society. But the administration, to include the Warden is not inclined to (1.)follow protocols of the Bureau of Prisons manual(2.) cannot adhire to the First Step Act's letter of the law and spirit.(3.) deny inmates substantive rights and (4.)undermine Ratio Legis and Procedural Due Process.

When embarking on the staute's "ordinary" meaning and on "its face" determinination under stirct scrunity,the vested and fundamental meaning of the acts wording readingno more clarifcation than what is written on its face. (see) WisconsinCent. LTD vs. United States, 138 S. Ct 2067, 2074(2018). There is nothing ambiguous with respect to the First Step Act's wording.(see) FDA vs. Brown & Williamson Tobacco Corp, 529 U.S. 120 133 (2000). Accordingly, 18 U.S.C § 3624 (h)(2) adduces a phase in time frame that the BOP in clearly in violation of. Understandably there has been a Pandemic and undue delay, but the stall tactic is ubiquitous with respect to the overall posture and conduct of the Bureau, namely CADRE Staff.

As a substantive aspect of Petitioner's Liberty, certian elements of fairness need to be applied accordingly.(see) 62 Cornell L. Rev. 487; Rabin, 44 CHI. . Rev. 60. Because of the

③

deprivation of Baez's Liberty thus far, his fundamental right

in connection with the prohabition against arbitrary Government

ajudication of administrative law or their conduct in general,

is nugatory absent the GRANTING of the Writ thereunder.(see)

Goldberg vs. Kelly, 397 U.S. 254(1970)Mathews vs. Eldrige, 425

U.S. 319(1976).  The only question is to whether the Judiciary

has proper jurisdiction to order a evidentiary hearing on the

matter.  It does. (see) 28 U.S.C. § 2243] and Raul Baez is

being held by Merrick Garland-the Attorney General- at MDC

Brooklyn, located in the Eastern District of New York's burrow

Brooklyn.  Hence, Baez has subject and personal jurisdiction

on the matter becasue his corpus is held by Warden Tellez under

law.(see) 28 U.S.C. § 2241Hamdi vs. Rumsfeld 542 U.S. 507 2004,

[a]nd, freedom from arbitrary "substantive procedures" is a

vested element of one's Liberty interest.  Additionally, the un-

duly burden now created by the BOP has ZERO government objective

that is legitimate, rationally related, or acceptable with

respect for Due Process of law.(see) Planned Parenthood vs.

Casey428 U.S. 52(1976). Extraordinary remedy of Habeaus law there

fore requires-inter-alia- that a Court- as the such- act forth-

with, and award the order directing the respondent(Warden Tellez

at MDC BKLYN), to show cause why Baez should [n]ot be subjected

to immediate release or why the writ should not be granted, if

it appears that the Petitioner is not entitked to be released

forthwith and or  evidentiary hearing thereto.(Ruby vs. United

States, 341 F. 2d 585 9 Fed. r. serv. 2d(Callaghan) 81 A.22

Case 3, (1965). But absent the BOP correcting the Constitutional

$$\left(4\right)$$

violation forthwith, Baez is already past the time he is owed under FSA 2018 since he has been working fulltime(see) Exhibit# 1 ) and programmed more than any other-equating to a timeframe lapse passed his release date thereby. Accoringly, he deserves immediate release for his unprecedented work and training/classes or programs under the First Step Act. He should, at the very least, make stare decisis and a holding to bind the 2nd Circuit and the District courts herethrough the Districts. Norton vs. S. Utah Alliance, 542 U.S. 55 64 124 S. Ct 2373, 159 L. Ed.2d. 137 (2004)(emphasis added). Notably, to deny relief where a sentence exceeds the statutory objective, Legislative intent, substantive rights of inmates and Due Process, would create a series of Constitutional questions and potentially hindering the Seperation Of Powers Doctrine.(see) United States vs. Pepper 562, U.S. 131, S. Ct. 1229, 179 L. Ed 2d, 196, 2011, lEXIS 1902. STANDING V.

As a threshold issue, Baez invokes his standing principles under ARTICLE III. U.S. CONST. Because this historical ideal cannot be nugatory, federal courts are required to ajudge the instant matter, utilizing three distinct components adduced from the High Court. (1.)injury-in-fact(2.) a causul connection between the conduct complained of and the injury(3.) likelihood that the issue would be redressed by a favorable decision.(see) Lujan vs. Defenders of Wildlife, 504 U.S. 555, 560 112 S. Ct 2130 119 L.Ed 2d,351(1992). With respectto the first element-injury, Baez, has a clear Liberty Interest under the First Step Act's Earned Time Credits(18 U.S.C.§ 3632(a)) and Procedural Due Process under Mathews vs. Eldgrige, 502 U.S. 54 (1976).Nevertheless, the instant . imminence of his Constitutional and

statutory individuoius injury, is certain, actual and irreparable
harm will continue absent Court intervention. Nothing hypothetical
here about the time owed and accomplishments of Baez. Moreover,
Due Process, inter alia- requires an evidentiary hearing on the
matter thereby. With respect to the second element for standing,
is fairly traceable to the ineptitude at MDC Brooklyn and the
Bureau of Prisons additionally.(see) CLASS ACTION, CADRE INMATES
MDC BROOKLYN;Crespo vs. Hurwitz 2020 U.S. Dist LEXIS 223383
(E.D. N.Y.) 2020(2nd Cir. 2020); InspectorGeneral Report MDC
BKLYN, 2020.  [see also] (a.) correspondence of Baez between
MDC Unit Team and Staff (b.) exhaustion of administrative
remedys, (c.) First Step Act, Federal REG. Report, adducing
PATTERN, Programs and the programs Baez completed. Accordingly,
this component is satisfied under the burdensome statute.[A]nd,
finally, a favorable decision here under Habeas Law would be
appropriate because of the longstanding statutory wording of
Habeas Corpus 28 U.S.C. § 2241. Habeas law, throws its deep
roots into the genius of our common law(see) Rasul vs. Bush, 542
U.S. 466, 473, 124 S. Ct 2686(2004). Under the Magna Carta,
English law(as it does in American Law) requires the Government
to justify or examine the the causes, or extent of a prisoner's
detention· if complained of. (Preiser vs. Rodriguez, 411 U.S. 485,
93 S. Ct. 1827(1973). [A]nd the freedom framers wanted unlawfull
restriant(as in Baez instant matter) to· be corrected when the
vital instrument of· feedom is abrogated under violations of law
by a diffrent branch of Government.(see) Boumediene vs. Bush, 553
U.S. 723, 739 128 S. Ct 229 (2008).  In preventing serial delay
from the BOP, Habeas law serves as a check on the Governmments

arbitrary conduct or [injurious conduct thereby. (see)Banister vs. Davis 140 S. Ct 1689, 1707, 207, L. Ed 2d 58 (2020. Therefore, the appropriate vehicle to redress the Constitutional violation of a Liberty interest in connection with the execution and duration of Baez's sentence would be 28 U.S.C. § 2241 with the invocation of standing principles accordingly.

EXHAUSTION OF REMEDY's VI.

[Because the grievance procedure at MDC Brooklyn is a joke at best, uncertain, incorporates a indefinate delay, unduly burdensome and futile- with the BOP already pre-determing the issue at hand with arbitrary bias and prejudice force, Baez needs no further action in light of the BOP failure to provide the needs and requirements under law.  [B]ut, Baez has gone through more hoopes than most would-with respect to the sideshow and pathetic procedures at MDC Brooklyn.  Therefore, he has fully exhausted, (see) McCarthy vs.Madiga, 503 U.S. 140(1992); Ross vs. Blake 578, U.S. (2016); Washington vs. Barr 131, S. Ct.(2020).

CONCLUSION VII.

In light of the brief promulgated herein, Baez request [that (1.) he recieve time served or vacate the instant case,[or] in the alternative(2.) order the BOP to release Baez immediately [or](3.) Grant the Writ in any fashion the Court deems fit and respectfully.


May He Always Remain, Very Truly Yours,

Raul Baez _Raul Baez_ Date 8·16·21
MDC BROOKLYN
P.O. BOX 329002
Brooklyn N.Y. 11232

SAYETH GRANTED YOUR HONOR

Brief Written By,

Sean Fitzgerald Mescall Pro-Hac-Vice under Wolff vs. McDonnell, ?

(7)

AFFIDAVIT PURSUANT TO 28 U.S.C § 1746
of Raul Baez # 71515-050

I Raul Baez, am of sound mind and body. Everything adduced
herein is true, accurate and not a material misrepresentation
accoringly.. I have not been under the control of some other
force, and attest to the writings adduced throughout the pleading
as true to the best of my knowledge, so Help Me GOD.


    Accordingly, I have done everything possible to get the
BOP and Unite team to fix my earned time credits under the
First Step Act.  However, all they do is stall, delay and toss
my grievences in the trash. I have exhausted under law and pray
the Honorable Judiciary will step in and allow me to reap the
benefits of my hard work thus far.  Please consider this a
sworn testamoney of everything I proclaimed in the brief
who was written by a fellow inmate who witnessed the exaxct
problems himself and with others.  Habeas law is the only extrme
remedy that will work.

May I always Remain,
Very Truly Yours,

Raul Baez _Raul Baez_ Date 8·16·21 28 U.S.C § 1746

EXHibit # 1

TRULINCS  71515050 - BAEZ, RAUL - Unit: BRO-D-A

--------------------------------------------------------------------------------

FROM: 71515050
TO:
SUBJECT: Table of Contents
DATE: 08/15/2021 06:49:12 PM

(A)(1) - BP-8
(A) - Explanation for BP-8
(B) - Completed FSA Classes
(C) - Completed Productive Activities
(D) - BP-9
(E) - Response from BP-9
(F) - Hours for Work
(G) - Pattern Score
(H) - Federal Registry
(I) - Evidence Based Recidivism Reduction Programming and Productive Activities
(J) - BP-10
(K) - Another BP-10 with proof they passed there extention time.

(A)(1)

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME: _Raul Baez_     REG. _71515-050_

UNIT: _K-Cadre-M_

SPECIFIC ISSUE NEEDING
RESOLUTION: _Requesting First Step Act Time Credits for completed Evidence Based Recidivism Reduction Programming._

EXPLAIN, IN DETAIL THE ISSUE:
_Please see attachment (A) explaination in detail. Also attachment (B) and (C) as evidence of FSA programming and produictive activities. 4 pages in total._
_Thank You_

INMATE SIGNATURE: _Raul P Baez_     DATE: _4-29-2021_

### TO BE COMPLETED BY COUNSELOR

DATE RECEIVED: _4-29-21_

ACTION TAKEN: _At the present time, Unit Team has not been presented with a formula from the Regional Office to calculate the Time Earned Credits. Once we recieve this information, we will address the inmate Population._

COUNSELOR SIGNATURE: _____     DATE: _5/3/21_

### TO BE COMPLETED BY UNIT MANAGER

INFORMAL RESOLUTION RECEIVED _Yes_

UNIT MANAGER SIGNATURE _____     DATE: _5.3.21_

EXTENSION GRANTED _____     DATE DUE _____

REASON FOR EXTENSION _____

UNIT MANAGER APPROVAL _____     DATE _____



(A)

TRULINCS  71515050 - BAEZ, RAUL - Unit: BRO-D-A

---------------------------------------------------------------------------------

FROM: 71515050
TO:
SUBJECT: BP-8 Requesting First Step Act Time Credits
DATE: 04/29/2021 11:02:36 AM

I am writing this request for my first step act time credits. According to the first step act of 2018 the proposed rule 18 usc 3632 (d)(4)(c) I am suppose to receive my time credits towards prerelease custody or supervised release upon completion of evidence base recidivism reduction programming and productive activities. Also according to 18 usc 3621 (h)(3) I am suppose to receive it based on a prisoners proximity to release date. I have already been recommended for a halfway house date for December 10, 2021 with out applying my FSA time credits. Also according to 18 usc 3632 (d)(4) and 18 usc 3632 (d)(4)(a)(ii) I shall earn 15 days of time credits for every 30 days of successful participation in evidence based recidivism reduction programming. As you may well see under proposed rule 18 usc 3635 (3) or section 523.41 definitions of a evidence based recidivism reduction programming, 3635 (3)(xi) a prison job or inmate work. I have been assigned a job in this institution since December 18, 2019 in the general mechanics department. Now I have been assigned to another job which is also under the (facilities department) Dayton manor detail. Also I have also participated and completed many FSA programming and productive activities as seen in attachment (B) and (C). I would appreciate it if we can find a resolution for this issue. Thank you for your time.

Raul Baez 71515-050

```
BROGY  531.01 *                INMATE HISTORY              *    06-16-2021
PAGE 001 OF 001 *                 PT OTHER                 *    11:06:14

    REG NO..: 71515-050 NAME....: BAEZ, RAUL
    CATEGORY: PTO      FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
BRO    VICT IMP P VICTIM IMPACT PART             06-02-2021 0730 CURRENT
BRO    MON SM G C MONEY SMART GENERAL POP COMP   06-16-2021 1101 06-16-2021 1101
BRO    MON SM G P MONEY SMART GENERAL POP PART   03-03-2021 0919 06-16-2021 1101
BRO    VICT IMP W VICTIM IMPACT WAIT             05-26-2021 1336 06-02-2021 0730
BRO    CR TH COMP CRIMINAL THINKING COMP         05-21-2021 1412 05-21-2021 1412
BRO    CR TH COMP CRIMINAL THINKING COMP         05-21-2021 1405 05-21-2021 1405
BRO    CR TH COMP CRIMINAL THINKING COMP         05-20-2021 0756 05-20-2021 0756
BRO    CR TH PART CRIMINAL THINKING PART         03-25-2021 0939 05-20-2021 0756
BRO    MAN DIAB C MANAGING YOUR DIABETES COMP    05-15-2021 0912 05-15-2021 0912
BRO    MAN DIAB P MANAGING YOUR DIABETES PART    02-24-2021 1715 05-15-2021 0912
BRO    ARTH FND C ARTHRITIS FOUNDATION WALK COMP 04-07-2021 1305 04-07-2021 1305
BRO    ARTH FND P ARTHRITIS FOUNDATION WALK PART 02-24-2021 1300 04-07-2021 1305
BRO    ANG M COMP ANGER MANAGEMENT CBT COMP      03-25-2021 0949 03-25-2021 0949
BRO    MON SM G W MONEY SMART GENERAL POP WAIT   02-25-2021 1246 03-03-2021 0919
BRO    MAN DIAB W MANAGING YOUR DIABETES WAIT    02-20-2021 1301 02-24-2021 1715
BRO    MON SM O C MONEY SMART OLDER POP COMP     12-29-2020 0755 12-29-2020 0755
BRO    MON SM O P MONEY SMART OLDER POP PART     11-20-2020 0847 12-29-2020 0755
BRO    AARP FND C AARP FOUNDATION FINANCE COMP   12-14-2020 1115 12-16-2020 1115
BRO    AARP FND P AARP FOUNDATION FINANCE PART   11-20-2020 1030 12-14-2020 1115
BRO    HTH WELL C HEALTH & WELLNESS LIFESPN COMP 11-30-2020 1355 12-01-2020 1536
BRO    HTH WELL P HEALTH & WELLNESS LIFESPN PART 11-27-2020 1345 11-30-2020 1355
BRO    HTH WELL W HEALTH & WELLNESS LIFESPN WAIT 11-25-2020 1250 11-27-2020 1345
BRO    AARP FND W AARP FOUNDATION FINANCE WAIT   11-19-2020 1009 11-20-2020 1030
BRO    MON SM O W MONEY SMART OLDER POP WAIT     11-19-2020 1123 11-20-2020 0847
BRO    BRN HLTH C BRAIN HEALTH AS YOU AGE COMP   11-11-2020 1151 11-12-2020 1151
BRO    BRN HLTH P BRAIN HEALTH AS YOU AGE PART   11-09-2020 1536 11-11-2020 1151
BRO    ANG M COMP ANGER MANAGEMENT CBT COMP      11-10-2020 1307 11-10-2020 1307
BRO    ANG M PART ANGER MANAGEMENT CBT PART      10-22-2020 1154 11-10-2020 1307
BRO    BRN HLTH W BRAIN HEALTH AS YOU AGE WAIT   11-02-2020 1455 11-09-2020 1536


G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

(B)

```
  BROGY  531.01 *               INMATE HISTORY              *    06-16-2021
PAGE 001 OF 001 *                  WASPB                   *    11:10:35

  REG NO..: 71515-050 NAME....: BAEZ, RAUL
  CATEGORY: WSP      FUNCTION: PRT          FORMAT:

FCL   ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
BRO   PAR IODP    INSIDE OUT DAD PARTICIPATING 06-07-2021 1421 CURRENT
BRO   PAR NATLC   NATIONAL PARENTING PGM CMPLT 06-07-2021 1420 06-07-2021 1420
BRO   PAR NATLP   NATIONAL PARENTING PGM PART  04-27-2021 1202 06-07-2021 1420
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

(B)

```
  BROGY  531.01 *              INMATE HISTORY          *      06-16-2021
PAGE 001 OF 001 *               PSYCH TRMT             *      11:12:55

  REG NO..: 71515-050 NAME....: BAEZ, RAUL
  CATEGORY: PTP       FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
BRO    RSW COMP   RESOLVE WORKSHOP COMPLETED     05-19-2021 1352 CURRENT
BRO    RSW PART   RESOLVE WORKSHOP PARTICIPANT   03-30-2021 1458 05-19-2021 1352
```

```
  G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
  BROGY  531.01 *                 INMATE HISTORY            *       06-16-2021
PAGE 001 OF 001 *                   DRUG PGMS               *       11:13:23

  REG NO..: 71515-050 NAME....: BAEZ, RAUL
  CATEGORY: DRG        FUNCTION: PRT         FORMAT:

FCL     ASSIGNMENT DESCRIPTION                      START DATE/TIME STOP  DATE/TIME
BRO     ED NONE    DRUG EDUCATION NONE              06-18-2019 1611 CURRENT
BRO     NR COMP    NRES DRUG TMT/COMPLETE           06-03-2021 1530 CURRENT
BRO     NR PART    NRES DRUG COUNSEL PARTICIPANT    03-11-2021 1017 06-03-2021 1530
BRO     NR WAIT    NRES DRUG TMT WAITING            11-24-2020 2021 03-11-2021 1017
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
BROQ8           *        INMATE EDUCATION DATA        *      04-29-2021
PAGE 001 OF 001. .              TRANSCRIPT             *      13:04:16

REGISTER NO: 71515-050      NAME..: BAEZ                   FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: BRO-BROOKLYN MDC

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
BRO  ESL HAS    ENGLISH PROFICIENT         06-05-2019 0813 CURRENT
BRO  GED HAS    COMPLETED GED OR HS DIPLOMA 06-05-2019 0813 CURRENT


-------------------------- EDUCATION COURSES --------------------------
SUB-FACL    DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
BRO CAD M   COLUMBIA U-ADVANCED PHILOSOPHY 03-15-2021 03-22-2021  P  W  V    2
BRO CAD M   WEIGHT MANAGEMENT           03-15-2021 03-19-2021  P  C  P    5
BRO CAD M   COLUMBIA UNIVERSITY OEDIPIS 10-19-2020 03-08-2021  P  C  P   24
BRO CAD M   PARENTING MODIFIED OPERATIONS 12-28-2020 01-05-2021  P  C  P    4
BRO CAD M   HEALTH JOURNAL              10-05-2020 11-09-2020  P  C  P   12
BRO CAD M   EFFECTIVE COMMUNICATION     08-03-2020 08-10-2020  P  C  P    4
BRO CAD M   ESJ EAT SMART               07-13-2020 07-17-2020  P  C  P    5
BRO CAD M   RESUME MODIFIED             07-01-2020 07-06-2020  P  C  P    8
BRO CAD M   COMMUNITY RESOURCES RPP#4   03-11-2020 03-11-2020  P  C  P    1
BRO CAD M   MONEY SMART OLDER ADULTS    01-31-2020 02-10-2020  P  C  P    8
BRO CAD M   ALTERNATIVE TO DRUG DEALING 01-29-2020 01-29-2020  P  C  P    2
BRO CAD M   PARENTING CADRE             01-28-2020 01-28-2020  P  C  P    2
BRO CAD M   ORIGAMI                     12-01-2019 12-30-2019  P  C  P    5
MCK SCP     IND ENHANCING VOC LEVEL 1   10-28-2019 12-11-2019  P  C  P   10
BRO CAD M   PERSONAL GROWTH RPP#6       12-05-2019 12-05-2019  P  C  P    1
BRO CAD M   RELEASE REQUIREMENTS RRP#5  12-05-2019 12-05-2019  P  C  P    1
BRO CAD M   PERSONAL FINANCE RPP#3      12-05-2019 12-05-2019  P  C  P    1
BRO CAD M   EMPLOYMENT RPP#2            12-05-2019 12-05-2019  P  C  P    1
BRO CAD M   HEALTH AND NUTRITION RPP#1  12-05-2019 12-05-2019  P  C  P    1
MCK SCP     INVESTING AND FINANCIAL MANAGE 09-03-2019 11-05-2019  P  C  P   20
MCK SCP     BASIC CERAMICS - CAMP       07-31-2019 10-31-2019  P  C  P    2
MCK SCP     RPP(2) ULTIMATE JOB SEARCH  09-11-2019 10-25-2019  P  C  P   24
MCK SCP     RPP(4)-COMMUNITY CORRECTIONS 09-24-2019 09-24-2019  P  C  P    1
MCK SCP     RPP(1) WELLNESS             09-12-2019 09-26-2019  P  C  P    2
MCK SCP     RPP(5)RELEASE REQUIRMNTS/PROC 09-19-2019 09-19-2019  P  C  P    1
MCK SCP     RPP(6) POINT OF VIEW        07-26-2019 07-26-2019  P  C  P    2
MCK SCP     RPP(3) IRS-TAX CLASS-QTR.-1HR. 06-14-2019 06-14-2019  P  C  P    1
MCK SCP     RPP(3) AVOIDMONEYTRAP       06-14-2019 06-14-2019  P  C  P    1
MCK SCP     RPP(5)TRANSITION/REENTRY WKSHP 06-14-2019 06-14-2019  P  C  P    1




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

D 03-03

**From:** Baez Raul     71515-050    K-Cadre-M    MDC Brooklyn

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

I am furthing my administrative remedies in writing this request for my first Step Act time credits for completion of evidence based recidivism reduction programming, and productive activities, and work. Reasons are their wasn't a resolution for my initial request as seen on attachment (A)(1) and attachment (A). Thank You for your time.

5-04-2021

**DATE**        *Raul Baez*      **SIGNATURE OF REQUESTER**

**Part B– RESPONSE**

_____        _____
**DATE**                  **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**      CASE NUMBER: _____

            CASE NUMBER: _____

**Part C– RECEIPT**

**Return to:** _____
            LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**SUBJECT:** _____

_____        _____
**DATE**             **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

PRINTED ON RECYCLED PAPER

USP LVN             BP–229(13)
APRIL 1982

(E)

Remedy Number 1079926-F1
Baez, Raul
Reg. No. 71515-050

This is in response to your Request for Administrative Remedy
dated May 4, 2021. You request to receive Time Earn Credit for
completion of the Evidence Based Recidivism Reduction (EBRR)
Program under the First Step Act.

A review into this matter reveals, you submitted a request to
staff dated April 29, 2021, requesting your Time Earn Credit be
applied towards your pre-release from custody or supervised
release, upon completion of the EBRR Program under the First Step
Act. The Bureau of Prisons is making every stride to ensure the
inmate population has the opportunity to participate in the EBRR
Program and receive credit for the courses they have taken.
Unfortunately, the Time Earn Credit has not been calculated at
this time. The Bureau of Prisons is working diligently to rectify
this situation. Once this information is disseminated to all
institutions, the unit team will address the general population.

Based upon the above information, the relief you seek is denied.

If dissatisfied with this response, you may appeal to the
Regional Director, Federal Bureau of Prisons, Northeast Regional
Office, U.S. Customs House, 2nd and Chestnut Street,
Philadelphia, PA. 19106.  Your appeal must be received in the
Regional Office within 20 calendar days from the date of this
response.


Heriberto H. Tellez, Warden                    5-13-2021
                                               _____
                                                  Date

Date: 08/15/2021
Time: 06:00:06 PM

Location: BRO

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 71515050   Inmate Name: BAEZ, RAUL | | | Available Balance: $153.14 | |
|---|---|---|---|---|

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 02/22/2020 | TL0222 | TRUL Withdrawal | | -$5.00 |
| 02/18/2020 | 20 | Sales | | -$73.20 |
| 02/15/2020 | TFN0215 | Phone Withdrawal | | -$20.00 |
| 02/14/2020 | 33320045 | Western Union | CACERES | $90.00 |
| 02/12/2020 | TL0212 | TRUL Withdrawal | | -$5.00 |
| 02/08/2020 | TL0208 | TRUL Withdrawal | | -$5.00 |
| 02/07/2020 | 33320038 | Western Union | BAEZ | $100.00 |
| 02/07/2020 | VFRP0220 | FRP Monthly Pymt | | -$25.00 |
| 02/07/2020 | VIPP0120 | Payroll - IPP | | $47.60 |
| 02/03/2020 | 18 | Sales | | -$59.05 |
| 02/02/2020 | TL0202 | TRUL Withdrawal | | -$5.00 |

Inmate #: 71515050

Date:   08/15/2021                                                      Location: BRO
Time:   06:08:26 PM

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 71515050   Inmate Name: BAEZ, RAUL | | | Available Balance: $153.14 | |
|---|---|---|---|---|

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 04/20/2020 | 11 | Sales | | -$38.20 |
| 04/20/2020 | TL0420 | TRUL Withdrawal | | -$5.00 |
| 04/17/2020 | 33320108 | Western Union | BAEZ | $50.00 |
| 04/17/2020 | 33320108 | Pre-Release Transaction | | -$12.50 |
| 04/15/2020 | 33320106 | Western Union | SERRANO | $100.00 |
| 04/15/2020 | 33320106 | Pre-Release Transaction | | -$25.00 |
| 04/11/2020 | 33320102 | Western Union | CACERES | $90.00 |
| 04/11/2020 | 33320102 | Pre-Release Transaction | | -$22.50 |
| 04/08/2020 | VFRP0420 | FRP Monthly Pymt | | -$25.00 |
| 04/08/2020 | VIPP0320 | Payroll - IPP | | $48.00 |
| 04/08/2020 | VIPP0320 | Pre-Release Transaction | | -$12.00 |
| 04/06/2020 | 35 | Sales | | $4.20 |
| 04/06/2020 | 19 | Sales | | -$74.40 |

Inmate #: 71515050

Date:   08/15/2021
Time:   06:10:07 PM

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Location: BRO

Inmate No: 71515050   Inmate Name: BAEZ, RAUL          Available Balance: $153.14

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 05/26/2020 | TL0526 | TRUL Withdrawal | | -$5.00 |
| 05/26/2020 | TL0526 | TRUL Withdrawal | | -$5.00 |
| 05/25/2020 | 33320146 | Western Union | CACERES | $80.00 |
| 05/25/2020 | 33320146 | Pre-Release Transaction | | -$20.00 |
| 05/21/2020 | TL0521 | TRUL Withdrawal | | -$5.00 |
| 05/20/2020 | 36 | Sales | | -$6.80 |
| 05/19/2020 | TL0519 | TRUL Withdrawal | | -$5.00 |
| 05/18/2020 | TL0518 | TRUL Withdrawal | | -$5.00 |
| 05/17/2020 | 14 | Sales | | -$37.85 |
| 05/12/2020 | TL0512 | TRUL Withdrawal | | -$5.00 |
| 05/10/2020 | 33320131 | Western Union | CACERES | $90.00 |
| 05/10/2020 | 33320131 | Pre-Release Transaction | | -$22.50 |
| 05/06/2020 | VFRP0520 | FRP Monthly Pymt | | -$25.00 |
| 05/06/2020 | VIPP0420 | Payroll - IPP | | $30.00 |
| 05/06/2020 | VIPP0420 | Pre-Release Transaction | | -$7.50 |
| 05/06/2020 | TL0506 | TRUL Withdrawal | | -$5.00 |
| 05/04/2020 | TL0504 | TRUL Withdrawal | | -$5.00 |
| 05/04/2020 | TL0504 | TRUL Withdrawal | | -$5.00 |
| 05/04/2020 | 9 | Sales | | -$134.00 |

Inmate #: 71515050

Date:   08/15/2021
Time:   06:11:20 PM

Location: BRO

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 71515050   Inmate Name: BAEZ, RAUL | | | Available Balance: $153.14 | |
|---|---|---|---|---|
| Date | Reference # | Transaction Type | Sender Last name | Amount |
| 06/24/2020 | TL062020 | Pre-Release Transaction | | $60.00 |
| 06/24/2020 | TL0624 | TRUL Withdrawal | | -$10.00 |
| 06/23/2020 | TL0623 | TRUL Withdrawal | | -$5.00 |
| 06/15/2020 | TL0615 | TRUL Withdrawal | | -$5.00 |
| 06/14/2020 | 14 | Sales | | -$64.15 |
| 06/12/2020 | 33320164 | Western Union | CACERES | $70.00 |
| 06/12/2020 | 33320164 | Pre-Release Transaction | | -$17.50 |
| 06/11/2020 | TL0611 | TRUL Withdrawal | | -$5.00 |
| 06/08/2020 | TL0608 | TRUL Withdrawal | | -$5.00 |
| 06/08/2020 | VFRP0620 | FRP Monthly Pymt | | -$25.00 |
| 06/08/2020 | VIPP0520 | Payroll - IPP | | $45.00 |
| 06/08/2020 | VIPP0520 | Pre-Release Transaction | | -$11.25 |
| 06/01/2020 | TL0601 | TRUL Withdrawal | | -$5.00 |
| 06/01/2020 | 11 | Sales | | -$50.35 |

Inmate #: 71515050

Date:   08/15/2021
Time:   06:12:15 PM



Location: BRO

## Federal Bureau of Prisons
### TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 71515050   Inmate Name: BAEZ, RAUL          Available Balance: $153.14

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 08/22/2020 | TL0822 | TRUL Withdrawal | | -$5.00 |
| 08/17/2020 | 4 | Sales | | -$64.00 |
| 08/15/2020 | TL082020 | Pre-Release Transaction | | $34.95 |
| 08/10/2020 | TL0810 | TRUL Withdrawal | | -$5.00 |
| 08/10/2020 | TL0810 | TRUL Withdrawal | | -$10.00 |
| 08/08/2020 | TL0808 | TRUL Withdrawal | | -$5.00 |
| 08/08/2020 | TL0808 | TRUL Withdrawal | | -$5.00 |
| 08/07/2020 | TL0807 | TRUL Withdrawal | | -$5.00 |
| 08/07/2020 | VFRP0820 | FRP Monthly Pymt | | -$25.00 |
| 08/07/2020 | VIPP0720 | Payroll - IPP | | $76.80 |
| 08/07/2020 | VIPP0720 | Pre-Release Transaction | | -$19.20 |
| 08/04/2020 | TL0804 | TRUL Withdrawal | | -$5.00 |
| 08/03/2020 | 19 | Sales | | -$62.90 |
| 08/03/2020 | TL0803 | TRUL Withdrawal | | -$5.00 |
| 08/03/2020 | 33320216 | Western Union | CACERES | $60.00 |
| 08/03/2020 | 33320216 | Pre-Release Transaction | | -$15.00 |

Inmate #: 71515050

Date:   08/15/2021
Time:   06:13:08 PM

Location: BRO

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 71515050   Inmate Name: BAEZ, RAUL | | | Available Balance: $153.14 | |
|---|---|---|---|---|
| Date | Reference # | Transaction Type | Sender Last name | Amount |
| 09/24/2020 | VICP0920 | Inmate Co-pay | | -$2.00 |
| 09/24/2020 | TL0924 | TRUL Withdrawal | | -$5.00 |
| 09/22/2020 | 59 | Sales | | -$26.20 |
| 09/20/2020 | TL092020 | Pre-Release Transaction | | $22.50 |
| 09/14/2020 | 5 | Sales | | -$48.00 |
| 09/13/2020 | TL0913 | TRUL Withdrawal | | -$5.00 |
| 09/09/2020 | 33320253 | Western Union | CACERES | $60.00 |
| 09/09/2020 | 33320253 | Pre-Release Transaction | | -$15.00 |
| 09/09/2020 | TL0909 | TRUL Withdrawal | | -$5.00 |
| 09/09/2020 | VIPP0820 | Payroll - IPP | | $30.00 |
| 09/09/2020 | VIPP0820 | Pre-Release Transaction | | -$7.50 |
| 09/03/2020 | TL0903 | TRUL Withdrawal | | -$2.00 |
| 09/03/2020 | TFN0903 | Phone Withdrawal | | $3.50 |
| 09/01/2020 | 11 | Sales | | -$42.55 |

Inmate #: 71515050

Date:   08/15/2021
Time:   06:13:59 PM

Location: BRO



## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 71515050   Inmate Name: BAEZ, RAUL | | | Available Balance: $153.14 | |
|---|---|---|---|---|
| Date | Reference # | Transaction Type | Sender Last name | Amount |
| 11/29/2020 | TL1129 | TRUL Withdrawal | | -$5.00 |
| 11/27/2020 | TL1127 | TRUL Withdrawal | | -$5.00 |
| 11/23/2020 | 82 | Sales | | -$77.65 |
| 11/20/2020 | TL1120 | TRUL Withdrawal | | -$5.00 |
| 11/20/2020 | TL1120 | TRUL Withdrawal | | -$5.00 |
| 11/18/2020 | TL112020 | Pre-Release Transaction | | $40.80 |
| 11/15/2020 | TL1115 | TRUL Withdrawal | | -$10.00 |
| 11/14/2020 | 33320319 | Western Union | AGUDELO | $20.00 |
| 11/14/2020 | 33320319 | Pre-Release Transaction | | -$5.00 |
| 11/12/2020 | TL1112 | TRUL Withdrawal | | -$5.00 |
| 11/09/2020 | TL1109 | TRUL Withdrawal | | -$5.00 |
| 11/09/2020 | 47 | Sales | | -$71.40 |
| 11/07/2020 | 33320312 | Western Union | CACERES | $90.00 |
| 11/07/2020 | 33320312 | Pre-Release Transaction | | -$22.50 |
| 11/07/2020 | TL1107 | TRUL Withdrawal | | -$5.00 |
| 11/06/2020 | WIPP1020 | Payroll - IPP | | $53.20 |
| 11/06/2020 | WIPP1020 | Pre-Release Transaction | | -$13.30 |
| 11/05/2020 | TL1105 | TRUL Withdrawal | | -$5.00 |
| 11/03/2020 | TL112020 | Pre-Release Transaction | | $30.00 |

Inmate #: 71515050

Date: 08/15/2021
Time: 06:05:25 PM

Location: BRO

## Federal Bureau of Prisons
### TRULINCS Account Transactions - Commissary
### Personal Inmate Information

| Inmate No: 71515050   Inmate Name: BAEZ, RAUL | | | Available Balance: $153.14 | |
|---|---|---|---|---|
| Date | Reference # | Transaction Type | Sender Last name | Amount |
| 01/27/2021 | WICP0121 | Inmate Co-pay | | -$2.00 |
| 01/20/2021 | TL0120 | TRUL Withdrawal | | -$5.00 |
| 01/18/2021 | 33321018 | Western Union | SERRANO | $100.00 |
| 01/18/2021 | 33321018 | Pre-Release Transaction | | -$25.00 |
| 01/17/2021 | TL0117 | TRUL Withdrawal | | -$5.00 |
| 01/11/2021 | TL0111 | TRUL Withdrawal | | -$5.00 |
| 01/11/2021 | 25 | Sales | | -$74.80 |
| 01/06/2021 | WIPP1220 | Payroll - IPP | | $1.44 |
| 01/06/2021 | WIPP1220 | Pre-Release Transaction | | -$0.36 |
| 01/05/2021 | TL0105 | TRUL Withdrawal | | -$5.00 |

Inmate #: 71515050

Date: 08/15/2021
Time: 06:14:45 PM

Location: BRO



## Federal Bureau of Prisons
### TRULINCS Account Transactions - Commissary
### Personal Inmate Information

| Inmate No: 71515050  Inmate Name: BAEZ, RAUL | | | Available Balance: $153.14 | |
|---|---|---|---|---|
| Date | Reference # | Transaction Type | Sender Last name | Amount |
| 03/26/2021 | TL0326 | TRUL Withdrawal | | -$5.00 |
| 03/26/2021 | 6 | Sales | | -$72.10 |
| 03/21/2021 | TL0321 | TRUL Withdrawal | | -$2.00 |
| 03/21/2021 | TL0321 | TRUL Withdrawal | | -$5.00 |
| 03/18/2021 | TL0318 | TRUL Withdrawal | | -$5.00 |
| 03/16/2021 | TL032021 | Pre-Release Transaction | | $17.50 |
| 03/16/2021 | TL0316 | TRUL Withdrawal | | -$5.00 |
| 03/16/2021 | TL0316 | TRUL Withdrawal | | -$5.00 |
| 03/13/2021 | TL0313 | TRUL Withdrawal | | -$5.00 |
| 03/10/2021 | TL0310 | TRUL Withdrawal | | -$5.00 |
| 03/10/2021 | TL0310 | TRUL Withdrawal | | -$5.00 |
| 03/08/2021 | TL032021 | Pre-Release Transaction | | -$200.00 |
| 03/08/2021 | 9 | Sales | | -$83.40 |
| 03/05/2021 | WIPP0321 | Payroll - IPP | | $70.00 |
| 03/05/2021 | WIPP0321 | Pre-Release Transaction | | -$17.50 |
| 03/05/2021 | WIPP0221 | Payroll - IPP | | $90.00 |
| 03/05/2021 | WIPP0221 | Pre-Release Transaction | | -$22.50 |
| 03/05/2021 | WIPP0221 | Payroll - IPP | | $10.00 |
| 03/05/2021 | WIPP0221 | Pre-Release Transaction | | -$2.50 |
| 03/03/2021 | TL0303 | TRUL Withdrawal | | -$5.00 |
| 03/03/2021 | TL0303 | TRUL Withdrawal | | -$5.00 |
| 03/03/2021 | 33321062 | Western Union | CACERES | $200.00 |
| 03/03/2021 | 33321062 | Pre-Release Transaction | | -$50.00 |
| 03/02/2021 | 33321061 | Western Union | SERRANO | $100.00 |
| 03/02/2021 | 33321061 | Pre-Release Transaction | | -$25.00 |

Inmate #: 71515050

Date:   08/15/2021

Time:   06:15:35 PM

Location: BRO



## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 71515050   Inmate Name: BAEZ, RAUL | | | Available Balance: $153.14 | |
|---|---|---|---|---|

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 05/28/2021 | TL0528 | TRUL Withdrawal | | -$5.00 |
| 05/25/2021 | TL052021 | Pre-Release Transaction | | $42.50 |
| 05/25/2021 | TL0525 | TRUL Withdrawal | | -$5.00 |
| 05/24/2021 | 29 | Sales | | -$81.80 |
| 05/21/2021 | TL0521 | TRUL Withdrawal | | -$5.00 |
| 05/20/2021 | TL0520 | TRUL Withdrawal | | -$5.00 |
| 05/18/2021 | TL0518 | TRUL Withdrawal | | -$10.00 |
| 05/14/2021 | TL0514 | TRUL Withdrawal | | -$5.00 |
| 05/14/2021 | TFN0514 | Phone Withdrawal | | $5.00 |
| 05/12/2021 | TFN0512 | Phone Withdrawal | | -$5.00 |
| 05/10/2021 | 43 | Sales | | -$52.80 |
| 05/10/2021 | TL0510 | TRUL Withdrawal | | -$5.00 |
| 05/09/2021 | TL0509 | TRUL Withdrawal | | -$5.00 |
| 05/07/2021 | 33321127 | Western Union | CACERES | $100.00 |
| 05/07/2021 | 33321127 | Pre-Release Transaction | | -$25.00 |
| 05/06/2021 | WIPP0521 | Payroll - IPP | | $70.00 |
| 05/06/2021 | WIPP0521 | Pre-Release Transaction | | -$17.50 |
| 05/05/2021 | TL0505 | TRUL Withdrawal | | -$5.00 |

Inmate #: 71515050



Date:   08/15/2021                                                          Location: BRO
Time:   06:16:20 PM



## Federal Bureau of Prisons
### TRULINCS Account Transactions - Commissary
### Personal Inmate Information

| Inmate No: 71515050   Inmate Name: BAEZ, RAUL | | | Available Balance: $153.14 | |
|---|---|---|---|---|

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 07/30/2021 | TL0730 | TRUL Withdrawal | | -$5.00 |
| 07/28/2021 | TL0728 | TRUL Withdrawal | | -$5.00 |
| 07/27/2021 | TL0727 | TRUL Withdrawal | | -$10.00 |
| 07/27/2021 | TL072021 | Pre-Release Transaction | | $50.00 |
| 07/26/2021 | TL0726 | TRUL Withdrawal | | -$5.00 |
| 07/23/2021 | TL0723 | TRUL Withdrawal | | -$5.00 |
| 07/22/2021 | TL072021 | Pre-Release Transaction | | $100.00 |
| 07/19/2021 | TL0719 | TRUL Withdrawal | | -$5.00 |
| 07/15/2021 | TL0715 | TRUL Withdrawal | | -$5.00 |
| 07/13/2021 | TL0713 | TRUL Withdrawal | | -$5.00 |
| 07/12/2021 | TL072021 | Pre-Release Transaction | | -$425.00 |
| 07/12/2021 | 22 | Sales | | -$103.20 |
| 07/12/2021 | TL0712 | TRUL Withdrawal | | -$5.00 |
| 07/11/2021 | 33321192 | Western Union | CACERES | $300.00 |
| 07/11/2021 | 33321192 | Pre-Release Transaction | | -$75.00 |
| 07/11/2021 | 33321192 | Western Union | CACERES | $300.00 |
| 07/11/2021 | 33321192 | Pre-Release Transaction | | -$75.00 |
| 07/11/2021 | TL072021 | Pre-Release Transaction | | $10.75 |
| 07/09/2021 | WIPP0621 | Payroll - IPP | | $16.00 |
| 07/09/2021 | WIPP0621 | Pre-Release Transaction | | -$4.00 |
| 07/09/2021 | WDAP0621 | Payroll - DAP | | $27.00 |
| 07/09/2021 | WDAP0621 | Pre-Release Transaction | | -$6.75 |
| 07/07/2021 | TL0707 | TRUL Withdrawal | | -$5.00 |
| 07/05/2021 | TL0705 | TRUL Withdrawal | | -$5.00 |
| 07/02/2021 | 33321183 | Western Union | CACERES | $100.00 |
| 07/02/2021 | 33321183 | Pre-Release Transaction | | -$25.00 |

Inmate #: 71515050

Date:   08/15/2021                                                    Location: BRO
Time:   06:17:11 PM

## Federal Bureau of Prisons
### TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 71515050   Inmate Name: BAEZ, RAUL          Available Balance: $153.14

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 08/14/2021 | TL082021 | Pre-Release Transaction | | $150.00 |
| 08/13/2021 | TL0813 | TRUL Withdrawal | | -$5.00 |
| 08/13/2021 | 70 | Sales | | -$92.25 |
| 08/11/2021 | TL0811 | TRUL Withdrawal | | -$5.00 |
| 08/11/2021 | TL082021 | Pre-Release Transaction | | $50.00 |
| 08/11/2021 | TL0811 | TRUL Withdrawal | | -$5.00 |
| 08/09/2021 | TL0809 | TRUL Withdrawal | | -$5.00 |
| 08/09/2021 | TL082021 | Pre-Release Transaction | | $3.20 |
| 08/07/2021 | TL0807 | TRUL Withdrawal | | -$5.00 |
| 08/06/2021 | WIPP0721 | Payroll - IPP | | $12.80 |
| 08/06/2021 | WIPP0721 | Pre-Release Transaction | | -$3.20 |
| 08/05/2021 | TL0805 | TRUL Withdrawal | | -$5.00 |
| 08/03/2021 | TL0803 | TRUL Withdrawal | | -$5.00 |
| 08/03/2021 | TL082021 | Pre-Release Transaction | | $50.00 |
| 08/02/2021 | TL0802 | TRUL Withdrawal | | -$5.00 |
| 08/02/2021 | 3 | Sales | | -$106.95 |
| 08/01/2021 | TL0801 | TRUL Withdrawal | | -$5.00 |

Inmate #: 71515050

(F)

BP-S324.052 **WORK PERFORMANCE RATING - INMATE** CDFRM
OCT 98
U.S. DEPARTMENT OF JUSTICE                                                          FEDERAL BUREAU OF PRISONS

| Inmate's Name RAUL BAEZ | Register No. 71515-050 | Unit CADRE |
|---|---|---|
| Evaluation Period 12/20/20 – 1/20/21 | Work Assignment GM 7 | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. (Outstanding. Does superior work) ⟵ circled

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. (Outstanding. Drives self exceptionally hard all the time.) ⟵ circled

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
5. (Outstanding. Has good ideas on better ways of doing things.) ⟵ circled

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. (Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.) ⟵ circled

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. (Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.) ⟵ circled

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.  Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. (No supervision required. Completely dependable in all things.) ⟵ circled

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. (Outstanding. Makes a real effort to please the instructor. Does exactly as is told.) ⟵ circled

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. (Outstanding. Gets along well with everyone. Very popular.) ⟵ circled

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.    $10
2. Hours of Satisfactory work _____ 300
3. Regular Pay                    $ 120 00
4. Bonus Recommended: ___ yes; ✓ no    120 00
5. Total Pay                    $ _____

| Supervisor's Signature | Date 2-23-21 |
|---|---|
| Inmate's Signature  Raul Baez | Date 2-23-21 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

(This form may be replicated via WP)                                    Replaces BP-S324, OCT 94

BP-S324.052   WORK PERFORMANCE RATING – INMATE CDFRM
OCT 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate's Name | Register No. | Unit |
|---|---|---|
| PAUL BAEZ | 71515-050 | GADER |

| Evaluation Period | Work Assignment | Bonus Justification |
|---|---|---|
| 12/28/2 - 12/28/2 | CM 4 | INMATE WORKS ADDITIONAL HOURS OUTSIDE OF 1HS REGULAR DETAIL THROUGHOUT THE INSTITUTION AND FOR MULTIPLE TABLES. |

Signature and Date of Dept. Head Approval.

Route to Dept. Head for Review, then to Unit Team

Instructions: Circle the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day as compared to what is expected of him.

A. QUALITY OF WORK
   1. Unsatisfactory. Makes more errors than should be of this level of training. Work must be redone.
   2. Fair. Careless. Makes more mistakes and does not check work. Should do better work.
   3. Satisfactory. Makes some mistakes but no more than expected at this level.
   4. Good. Makes fewer mistakes than most inmates at this level of training. Does journeyman level work.
   5. Outstanding. Does superior work.

B. QUANTITY OF WORK
   1. Unsatisfactory. Lazy. Wastes time, goofs off.
   2. Fair. Does just enough to get by. Has to be prodded occasionally.
   3. Satisfactory. Works steadily but does not push self.
   4. Good. Willing worker. Does a full day's work and wastes little time.
   5. Outstanding. Works set exceptionally hard all the time.

C. INITIATIVE
   1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
   2. Fair. Usually relies on others to say what needs to be done.
   3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
   4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
   5. Outstanding. Drives self. Comes up with better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
   1. Unsatisfactory. Has no interest in job. Regards job as a drag or waste of time.
   2. Fair. Shows minimal interest but not very eager to learn.
   3. Satisfactory. Shows average amount of interest. Wants to learn on job but does not put forth extra effort.
   4. Good. Above average interest in job. Asks questions about work and related work to improve skills.
   5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
   1. Poor. Very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
   2. Fair. Slow to learn but will pick up the job. Needs more instruction than most.
   3. Satisfactory. Average ability to learn. Can learn most tasks without too much help.
   4. Good. Quick to learn. Learns new job faster. Needs average amount of instruction.
   5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. RESPONSE TO SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
   1. Needs constant supervision. If left unsupervised will fool up, get in trouble, or wander off. Undependable.
   2. Needs closer supervision than most. Not very dependable.
   3. Satisfactory. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
   4. Good. Dependable. Good record of attendance. Requires average amount of instruction.
   5. Outstanding. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
   1. Poor. Resentful and hostile. May argue with supervisor.
   2. Fair. Sometimes sullen and does what is told without any fuss.
   3. Satisfactory. Generally does what is told without any fuss.
   4. Good. Responsible or dependable. Takes to instruction.
   5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
   1. Poor. Negativistic. Hostile. Annoying to others.
   2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   3. Satisfactory. Gets along OK with most coworkers and is accepted by them.
   4. Good. Friendly, congenial, helpful. Others like to work with.
   5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
   Based on this rating period's overall performance, if this inmate was an employee of yours in the community would you:
   1. Let him go off that instant?
   2. Transfer this person to a less demanding job at a lower pay scale?
   3. Continue to employ this person but without a raise or promotion this time?
   4. Keep the person and give him more responsibility at the same job?
   5. Promote the person to a more demanding job at a higher pay rate?

3. GRADES AND PAY – Grade Class (Circle one) – 1 – PERFORMANCE PAY – 2 – 3 – 4 – M.

2. Hours of Satisfactory work  175

3. Regular Pay            $ 10.00     + 26. BONUS
4. Bonus Recommended: Yes✓    no          96.00
5. Total Pay

Supervisor's Signature [signature]                Date  2-23-21
Inmate's Signature [signature]                    Date  2/23-21

____ was requested to sign this rating, but refused, citing the following reason:

Inmate                                            Date

Staff Witness, Signature                          Date

(This form may be replicated via WP)              Replaces BP-S324, OCT 94

(F)

(G)

## MALE PATTERN RISK SCORING

| Register Number: | 71515-050 | Date: | 11/17/2020 |
| --- | --- | --- | --- |
| Inmate Name: | Baez, Raul | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
| --- | --- | --- | --- | --- | --- |
| **1. Current Age** <br> 30-40 <br> Click on gray dropdown box to select, then click on dropdown arrow | > 60 | 0 | 21 | 0 | 12 |
| | 51-60 | 7 | | 4 | |
| | 41-50 | 14 | | 8 | |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| **2. Walsh w/Conviction** <br> No | No | 0 | 0 | 0 | 0 |
| | Yes | 1 | | 0 | |
| **3. Violent Offense (PATTERN)** <br> No | No | 0 | 0 | 0 | 0 |
| | Yes | 5 | | 5 | |
| **4. Criminal History Points** <br> 4 - 6  Points | 0 - 1  Points | 0 | 16 | 0 | 8 |
| | 2 - 3  Points | 8 | | 4 | |
| | 4 - 6  Points | 16 | | 8 | |
| | 7 - 9  Points | 24 | | 12 | |
| | 10 - 12  Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| **5. History of Escapes** <br> None | None | 0 | 0 | 0 | 0 |
| | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| **6. History of Violence** <br> None | None | 0 | 0 | 0 | 0 |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10  Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| **7. Education Score** <br> HS Degree / GED | Not Enrolled | 0 | -4 | 0 | -2 |
| | Enrolled in GED | -2 | | -1 | |
| | HS Degree / GED | -4 | | -2 | |
| **8. Drug Program Status** <br> No Need | No DAP Completed | 0 | -9 | 0 | -3 |
| | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| **9. All Incident Reports  (120 months)** <br> 0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| **10. Serious Incident Reports  (120 months)** <br> 0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| **11. Time Since Last Incident Report** <br> 12+ months or no incidents | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| **12. Time Since Last Serious Incident Report** <br> 12+ months or no incidents | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| | 7-12 months | 1 | | 2 | |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| **13. FRP Refuse** <br> NO | NO | 0 | 0 | 0 | 0 |
| | YES | 1 | | 1 | |
| **14. Programs Completed** <br> 2 - 3 | 0 | 0 | -4 | 0 | -2 |
| | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| **15. Work Programs** <br> 0 Programs | 0 Programs | 0 | 0 | 0 | 0 |
| | 1 Program | -1 | | -1 | |
| | >1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | General: | 20 | | Violent: | 13 |
| **General/Violent Risk Levels** | General: | Low | | Violent: | Low |
| **OVERALL MALE PATTERN RISK LEVEL** | | Low | | | |

**U.S. Department of Justice**

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: BAEZ, RAUL      71515-050      5 NORTH      MDC-BRO
         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**

PLEASE SEE THE ATTACHED LETTER DATED MAY 17, 2021
AND THE RELATED ENCLOSED ATTACHMENTS,

5-17-21
DATE                                       SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                                _____
DATE                                            REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                            CASE NUMBER: _____

**Part C - RECEIPT**

                                               CASE NUMBER: _____

Return to: _____
             LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION
SUBJECT: _____

_____
DATE                                       SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

TRULINCS  71515050 - BAEZ, RAUL - Unit: BRO-D-A

---------------------------------------------------------------------------------------------

FROM: 71515050
TO:
SUBJECT: BP-10 (Appeal for BP-9)
DATE: 05/17/2021 05:04:26 PM

I am sending this appeal after I attempted to come to an informal resolution within the institution, BP-8 on 4-29-2021, please
see attachment (A)(1) and (A). I continued to exhaust my remedies by sending a BP-9 on 5-4-2021, please see attachment (D).
I received my response from the institution on 5-13-2021, please see attachment (E). According to my calculations I am owed
45 days time for Evidence Based Recidivism Reduction Programming and Productive Activities from 1-15-2020 to present for a
total of 795 hours, see attachment (B) and (C). Using the formula of 8 hours being considered a day, as seen in attachment (H)
under 523.42 Earning First Step Act Time Credits. Then 240 hours is a month, for a total of 15 days earned time credit because
of my pattern score, see attachment (G). I have also completed 1430 hours of paid work, according to my calculation of pay
divided by .40 cents equal hours, which is equally 89 days, see attachment (F). Finally please see attachment (I) for hours
earned after completion of course. Thank you for your time for reviewing my appeal.

Raul Baez 71515-050

**U.S. Department of Justice**

**Federal Bureau of Prisons**

Tracking # 7018 2290 0002 0659 0254   (K)

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Baez, Raul          71515-050      5-North DA-03-03   MDC Brooklyn

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

I am sending this in reference to my case, Remedy ID #: 1079926-R1. The response due date as seen in attachment (A) is substantially way past the due date. I am trying to obtain an answer in order to continue to exhaust my remedies if need be. Thank You for your time.

8-09-2021
_____
DATE

Raul Baez
_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                                    _____
DATE                                               REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                          CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT        INSTITUTION

SUBJECT: _____

_____                                    _____
DATE                                               SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

(K)

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: JULY 29, 2021


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RAUL BAEZ, 71515-050
      BROOKLYN MDC    UNT: K CADRE M     QTR: D03-003L


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID     : 1079926-R1
DATE RECEIVED : MAY 24, 2021
RESPONSE DUE  : JULY 23, 2021
SUBJECT 1     : OTHER JAIL TIME CREDIT
SUBJECT 2     :

Exhibit # 2

# Embrace after halting 6th-grade shooter



**GRACE OF HERO TEACHER**

**'I LOVE YOU ALL!'** Family members embrace Thursday after the shooting at Rigby MS in Idaho where three people were shot but none killed. Krista Turnblom Gneiting (right) was able to disarm the sixth-grade girl who had come to school packing a handgun and fired off several shots, injuring two students and one school staffer, a custodian named Jim Wilson. "Thank you! I love you all," Gneiting wrote after the shooting.



By YARON STEINBUCH

The heroic teacher who disarmed a sixth-grade girl who opened fire at an Idaho middle school, wounding two students and a custodian, thanked the community for its support after the shocking incident.

"My heart is touched by all the incredible outpouring of love I've received," Krista Turnblom Gneiting wrote on Facebook hours after she disarmed the girl and held her until cops arrived.

"Thank you. I don't want money, I just appreciate the incredible support of Rigby!!! I love my students so much! It is why I teach!! They make my heart happy every every day!!!!" Gneiting continued.

"All of the staff at Rigby did their part and kept our wonderful children safe! Thank you! I love you all and we will get through this together," she added after the shooting at Rigby MS shortly after 9 a.m. Thursday.

The three victims suffered bullet wounds to the arms and legs and are expected to survive, officials said.

The girl pulled a handgun from her bag and fired multiple rounds both inside and outside the school, according to Jefferson County Sheriff Steve Anderson.

Prosecuting attorney Mark Taylor said the girl could be charged with three counts of attempted murder, adding that his office will make the decision once authorities conclude their investigation, according to EastIdahoNews.com.

Police are investigating where she got the firearm and what motivated her to turn it on her classmates, authorities said.

The custodian who was wounded, identified as Jim Wilson, was reportedly treated at Eastern Idaho Regional Medical Center and released by Thursday afternoon.

One student was shot once in an extremity and may require surgery, said Dr. Michael Lemon, the hospital's trauma medical director. The other student was shot potentially twice and hit in two limbs.

"The fact the injuries are as insignificant as they are — they could be so much worse, so we feel absolutely blessed," Lemon said.

All Friday classes were canceled in the district because of the shooting and counselors have been made available.

---

## Judge: 'Morons' run jails

A senior judge in New York blasted the conditions of two notorious federal jails in the city during a recent sentencing hearing — saying they are run by "morons" who subject prisoners to disgusting conditions, according to a court transcript.

Manhattan federal Judge Colleen McMahon ranted about the inhumane conditions at the Metropolitan Correctional Center in lower Manhattan and the Metropolitan Detention Center in Brooklyn during the sentencing of convicted drug dealer Tiffany Days.

McMahon said the lockups were "run by morons" who fail to "do anything meaningful" about conditions at the jails, according to the transcript of the April 29 hearing.

The judge added wardens at the facilities "cycle repeatedly, never staying for longer than a few months or even a year." **Ben Feuerherd**

## Mom-killer: 'I loved her'

The fiend accused of stomping on an Asian woman's head in a Midtown hate attack previously told a New York parole board that he had an excellent relationship with his mother and "loved" her — despite knifing her to death years earlier.

Brandon Elliot, 38, had been locked up for killing his mother in 2002 and denied parole twice but was then granted release by the board in 2019.

"I had an excellent relationship. She was a hardworking parent . . . I loved her," Elliot told the board, according to a partially redacted transcript reviewed by The Post.

In March of this year, Elliot drew national outrage when he was allegedly seen on video mercilessly punching and kicking a 65-year-old Asian woman, and screaming: "F--k you, you don't belong here!"

**Tina Moore and Ben Feuerherd**



sentenced under the U.S. Code and in the custody of the Bureau who is not serving a term of imprisonment for a conviction specified in 18 U.S.C. 3632(d)(4)(D). Only an "eligible inmate" is eligible to earn FSA Time Credits. An inmate who is in the custody of the Bureau, but is serving a term of imprisonment pursuant to only a conviction for an offense under the law of one of the fifty (50) states, the District of Columbia, Guam, Puerto Rico, the U.S. Virgin Islands, the Commonwealth of the Mariana Islands, American Samoa, or any other territory or possession of the United States is not an "eligible inmate."

(2) *Eligible to have FSA Time Credits applied towards pre-release custody or early transfer to supervised release.* Any inmate who is subject to a final order of removal under immigration laws as defined in 8 U.S.C. 1101(a)(17) is not eligible to have FSA Time Credits applied towards pre-release custody or early transfer to supervised release under 18 U.S.C. 3624(g).

**§ 523.42   Earning First Step Act Time Credits.**

An eligible inmate who successfully completes an Evidence-Based Recidivism Reduction program or Productive Activity that is assigned to the inmate based on the inmate's risk and needs assessment may earn FSA Time Credits as follows:

(a) An eligible inmate must successfully complete each Evidence-Based Recidivism Reduction program or Productive Activity before the inmate may earn FSA Time Credits. FSA Time Credits will not be given for anything less than successful completion of each Evidence-Based Recidivism Reduction program or Productive Activity.

(b) After an eligible inmate successfully completes an Evidence-Based Recidivism Reduction program or Productive Activity, the eligible inmate will be awarded ten days of FSA Time Credits for every thirty "days" of participation in a successfully completed Evidence-Based Recidivism Reduction program or Productive Activity. For purposes of earning FSA Time Credits, a "day" is defined as one eight-hour period of participation in an Evidence-Based Recidivism Reduction program or Productive Activity that an eligible inmate successfully completes.

(c) *Low/Minimum recidivism risk.* An eligible inmate will earn an additional five days of FSA Time Credits for every thirty "days" of participation in a Evidence-Based Recidivism Reduction program or Productive Activity that the eligible inmate successfully completes if the inmate:

(1) Is determined by the Bureau to be at a minimum or low risk for recidivating; and

(2) Has not increased his or her risk of recidivism over the most recent two consecutive risk and needs assessments conducted by the Bureau. For purposes of earning FSA Time Credits, a "day" is defined as one eight-hour period of participation in an Evidence-Based Recidivism Reduction program or Productive Activity that an eligible inmate successfully completes.

(d) *When FSA Time Credits may be earned.* FSA Time Credits may only be earned by an eligible inmate:

(1) For an Evidence-Based Recidivism Reduction program or Productive Activity authorized by the Bureau, that is assigned to the particular inmate based on his or her risk and needs assessment, and which the eligible inmate successfully completes on or after January 15, 2020; and

(2) After the date that the inmate's term of imprisonment commences. An inmate's term of imprisonment commences when the inmate arrives or voluntarily surrenders at the designated Bureau facility where the sentence will be served.

(3) FSA Time Credits can only be earned while an eligible inmate is in a Bureau facility. FSA Time Credits will not be earned in a Residential Reentry Center or on home confinement.

**§ 523.43   Loss of FSA Time Credits.**

(a) Inmates may lose earned FSA Time Credits for violation of prison rules, or requirements and/or rules of an Evidence-Based Recidivism Reduction program or Productive Activity. The procedures for loss of FSA Time Credits are those described in 28 CFR part 541.

(b) Inmates may seek review of the loss of earned FSA Time Credits through the Bureau's Administrative Remedy Program (28 CFR part 542).

(c) Inmates who have lost FSA Time Credits under this regulation may have part or all of the FSA Time Credits restored to them, on a case-by-case basis, after:

(1) Clear conduct for at least four consecutive risk and needs assessments; or

(2) In the case of a loss of FSA Time Credits due to a violation of the requirements and/or rules of an Evidence-Based Recidivism Reduction program or Productive Activity, after successful completion of an Evidence-Based Recidivism Reduction program or Productive Activity assigned based on the risk and needs assessment after the date of the rule or program violation.

**PART 541—INMATE DISCIPLINE AND SPECIAL HOUSING UNITS**

■ 2. The authority citation for part 541 continues to read as follows:

**Authority:** 5 U.S.C. 301; 18 U.S.C. 3621, 3622, 3624, 4001, 4042, 4081, 4082 (Repealed in part as to offenses committed on or after November 1, 1987), 4161–4166 (Repealed as to offenses committed on or after November 1, 1987), 5006–5024 (Repealed October 12, 1984 as to offenses committed after that date), 5039; 28 U.S.C. 509, 510.

■ 3. In § 541.3, amend Table 1 by adding the entry B.2 under the headings "Available Sanctions for Greatest Severity Level Prohibited Acts", "Available Sanctions for High Severity Level Prohibited Acts", "Available Sanctions for Moderate Severity Level Prohibited Acts", and "Available Sanctions for Low Severity Level Prohibited Acts" to read as follows:

**§ 541.3   Prohibited acts and available sanctions**

\*     \*     \*     \*     \*

TABLE 1—PROHIBITED ACTS AND AVAILABLE SANCTIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| | \* | \* | \* | \* | \* | \* |

| Available Sanctions for Greatest Severity Level Prohibited Acts | | | | | | |
|---|---|---|---|---|---|---|

| | \* | \* | \* | \* | \* | \* |
|---|---|---|---|---|---|---|
| B.2 ......... | Forfeit up to 120 days of FSA Time Credits. | | | | | |

BAEZ, RAUL 71515050

WI; removing the city associated with the airport to comply with changes in FAA Order 7400.2M; and updating the geographic coordinates of the airport to coincide with the FAA's aeronautical database;

And amending the Class E airspace extending upward from 700 feet above the surface to within a 6.4-mile (decreased from a 7.3-miles) radius of Richland Airport, Richland Center, WI, which is contained within the Lone Rock, WI, airspace legal description; and updating the name (previously Richland Center Airport) and geographic coordinates of the airport to coincide with the FAA's aeronautical database.

This action is the result of airspace reviews caused by the decommissioning of the Lone Rock VOR, which provided navigation information for the instrument procedures these airports, as part of the VOR MON Program.

Class E airspace designations are published in paragraph 6002 and 6005 of FAA Order 7400.11E, dated July 21, 2020, and effective September 15, 2020, which is incorporated by reference in 14 CFR 71.1. The Class E airspace designations listed in this document will be published subsequently in the Order.

FAA Order 7400.11, Airspace Designations and Reporting Points, is published yearly and effective on September 15.

### Regulatory Notices and Analyses

The FAA has determined that this regulation only involves an established body of technical regulations for which frequent and routine amendments are necessary to keep them operationally current, is non-controversial and unlikely to result in adverse or negative comments. It, therefore: (1) Is not a "significant regulatory action" under Executive Order 12866; (2) is not a "significant rule" under DOT Regulatory Policies and Procedures (44 FR 11034; February 26, 1979); and (3) does not warrant preparation of a regulatory evaluation as the anticipated impact is so minimal. Since this is a routine matter that will only affect air traffic procedures and air navigation, it is certified that this rule, when promulgated, would not have a significant economic impact on a substantial number of small entities under the criteria of the Regulatory Flexibility Act.

### Environmental Review

This proposal will be subject to an environmental analysis in accordance with FAA Order 1050.1F, "Environmental Impacts: Policies and

Procedures" prior to any FAA final regulatory action.

### List of Subjects in 14 CFR Part 71

Airspace, Incorporation by reference, Navigation (air).

### The Proposed Amendment

Accordingly, pursuant to the authority delegated to me, the Federal Aviation Administration proposes to amend 14 CFR part 71 as follows:

### PART 71—DESIGNATION OF CLASS A, B, C, D, AND E AIRSPACE AREAS; AIR TRAFFIC SERVICE ROUTES; AND REPORTING POINTS

■ 1. The authority citation for 14 CFR part 71 continues to read as follows:

**Authority:** 49 U.S.C. 106(f), 106(g); 40103, 40113, 40120; E.O. 10854, 24 FR 9565, 3 CFR, 1959–1963 Comp., p. 389.

### §71.1 [Amended]

■ 2. The incorporation by reference in 14 CFR 71.1 of FAA Order 7400.11E, Airspace Designations and Reporting Points, dated July 21, 2020, and effective September 15, 2020, is amended as follows:

*Paragraph 6002   Class E Airspace Areas Designated as a Surface Area.*

\*       \*       \*       \*       \*

### AGL WI E2   Lone Rock, WI [Remove]

*Paragraph 6005   Class E Airspace Areas Extending Upward From 700 Feet or More Above the Surface of the Earth.*

\*       \*       \*       \*       \*

### AGL WI E5   Lone Rock, WI [Amended]

Tri-County Regional Airport, WI
(Lat. 43°12′43″ N, long. 90°10′47″ W)
Richland Airport, WI
(Lat. 43°17′00″ N, long. 90°17′54″ W)

That airspace extending upward from 700 feet above the surface within a 6.5-mile radius of the Tri-County Regional Airport, and within a 6.4-mile radius of the Richland Airport.

Issued in Fort Worth, Texas, on November 19, 2020.

**Steven T. Phillips,**

*Acting Manager, Operations Support Group, ATO Central Service Center.*

[FR Doc. 2020–25973 Filed 11–24–20; 8:45 am]

**BILLING CODE 4910–13–P**

### DEPARTMENT OF JUSTICE

**Bureau of Prisons**

**28 CFR Parts 523 and 541**

**[BOP–1176P]**

**RIN 1120–AB76**

### FSA Time Credits

**AGENCY:** Bureau of Prisons, Justice.

**ACTION:** Proposed rule.

**SUMMARY:** This proposed rule would codify the Bureau of Prisons (Bureau) procedures regarding time credits as authorized by the First Step Act of 2018 (FSA), hereinafter referred to as "FSA Time Credits." The FSA provides that eligible inmates may earn FSA Time Credits towards pre-release custody or early transfer to supervised release for successfully completing approved Evidence-Based Recidivism Reduction programs or Productive Activities that are assigned to the inmate based on the inmate's risk and needs assessment. Eligible inmates include those individuals who are sentenced under the U.S. Code and in the custody of the Bureau. However, as required by the FSA, an inmate cannot earn FSA Time Credits if he or she is serving a sentence for a disqualifying offense or has a disqualifying prior conviction. However, these inmates can still earn other benefits, as authorized by the Bureau, for successfully completing recidivism reduction programming.

**DATES:** Electronic comments must be submitted, and written comments must be postmarked, no later than 11:59 p.m. on January 25, 2021.

**ADDRESSES:** Please submit electronic comments through the *regulations.gov* website, or mail written comments to the Rules Unit, Office of General Counsel, Bureau of Prisons, 320 First Street NW, Washington, DC 20534.

**FOR FURTHER INFORMATION CONTACT:** Sarah Qureshi, Office of General Counsel, Bureau of Prisons, phone (202) 353–8248.

**SUPPLEMENTARY INFORMATION:**

### Posting of Public Comments

Please note that all comments received are considered part of the public record and made available for public inspection online at *www.regulations.gov.* If you want to submit personal identifying information (such as your name, address, etc.) as part of your comment, but do not want it to be posted online, you must include the phrase "PERSONAL IDENTIFYING INFORMATION" in the first paragraph of your comment. You must also locate

BAEZ, RAUL 71515050

procedures for the reduction of FSA Time Credits for inmates under these circumstances. *See* 18 U.S.C. 3632(e). If this occurs, inmates may seek review of the loss of earned FSA Time Credits through the Bureau's Administrative Remedy Program (28 CFR part 542).

Also, inmates may have part or all of the lost FSA Time Credits restored to them, to be determined on a case-by-case basis, after clear conduct for at least four consecutive risk assessments. In the case of a loss of FSA Time Credits due to a violation of the requirements and/or rules of an Evidence-Based Recidivism Reduction program or Productive Activity, an inmate may have FSA Time Credits restored if the inmate successfully completes an Evidence-Based Recidivism Reduction program or Productive Activity assigned to the inmate based on the inmate's risk and needs assessment after the date of the rule or program violation, again, to be determined on a case-by-case basis.

The Bureau also proposes to make conforming amendments in 28 CFR part 541 to regulations on inmate discipline. As part of the FSA Time Credits proposal, the Bureau proposes to add in § 541.3, Table 1 (Prohibited Acts and Available Sanctions), appropriate sanctions to allow for forfeiture of FSA Time Credits in escalating amounts depending on the severity level of the prohibited act committed. The FSA Time Credit forfeiture sanctions mirror the current forfeiture sanctions in place for loss of Good Conduct Time. If an inmate commits a second violation of the same Low Severity prohibited act code within a six months, that inmate may receive a sanction of forfeiture of up to 7 days of FSA Time Credits, but a third violation of the same prohibited act within six months period may result in a sanction of forfeiture of up to 14 days of FSA Time Credits. For commission of a prohibited act in the Moderate category, a sanction up to 30 days of FSA Time Credits credit may be applied. Commission of a High Severity act may result in forfeiture of up to 60 days of FSA Time Credits, and commission of a Greatest Severity act may result in forfeiture of up to 120 days of FSA Time Credits.

All sanctions involving loss of FSA Time Credits may only be imposed by in the discretion of a Disciplinary Hearing Officer (DHO) after the process described in 28 CFR part 541, and may also be appealed through the Bureau's Administrative Remedy Process described in 28 CFR part 542. The procedures in 28 CFR parts 541 and 542 allow for inmate discipline and an appeals process that are both well-established and consistent with current

Bureau operations. Bureau DHOs will use their considerable correctional experience and training, as they currently do, and will only, after careful consideration of several factors, including the nature and seriousness of the violation in connection with the FSA Time Credit Program, limit appropriate sanctions to befit the nature of the prohibited act committed.

**Regulatory Analyses**

*Executive Orders 12866, 13563, and 13771*

This proposed rule falls within a category of actions that the Office of Management and Budget (OMB) has determined constitutes a "significant regulatory actions" under section 3(f) of Executive Order 12866 and, accordingly, it was reviewed by OMB.

The economic impact of this proposed rule is limited to a specific subset of inmates who are eligible to both earn and apply FSA Time Credits towards additional prerelease custody or early transfer to supervised release.

Under the FSA, FSA Time Credits may be earned by an eligible inmate who is assessed to have a minimum or low risk for recidivating and who has had no increased risk of recidivism over the most recent two consecutive assessments conducted by the Bureau. Consistent with the FSA, inmates in Bureau custody are assessed under its risk assessment system, Prisoner Assessment Tool Targeting Estimated Risk and Need (PATTERN), which includes both static and dynamic elements. For example on August 27, 2020, 131,386 inmates had been assessed under PATTERN and received a PATTERN score were in Bureau custody. The PATTERN scores for the entire group of 131,386 were: 50,060 classified as high; 25,043 classified as medium; 38,084 classified as low; and 18,199 classified as minium. Of these inmates, approximately 65,000 would be ineligible to earn FSA Time Credits under the FSA due to the inmate's crime of conviction. This data represent a snapshot of those inmates in Bureau custody as of August 27, 2020. The Bureau anticipates that this data will change continually, as inmates in custody earn reductions in PATTERN risk classification, based on program participation and other dynamic factors, and inmates enter and release from Bureau custody.

The Bureau anticipates that as a result of this proposed rule and the FSA, additional inmates will engage in programming to earn FSA Time Credits. As discussed above, FSA Time Credits may be earned for successful

completion of an Evidence-Based Recidivism Reduction program or Productive Activity that is assigned to an inmate based on the inmate's needs assessment. The current list of these programs can be found at: *https://www.bop.gov/inmates/fsa/docs/evidence_based_recidivism_reduction_programs.pdf*. These programs are available to all inmates regardless of an inmate's elibility to earn FSA Time Credits. At present, the Bureau has existing funding that provides for each of the Evidence-Based Recidivism Reduction programs and Productive Activities listed, so the Bureau will not experience current additional programming costs as a reslt of the proposed rule.

The proposed rule may also result in movement of eligible inmates who earn FSA Time Credits from Bureau facilities to prerelease custody in the community (including Residential Reentry Centers (RRCs) and/or home confinement) earlier in the course of their confinement and for a longer period of time than would have previously occurred. In some cases, this transfer of time from secured confinement to prerelease custody may result in increased costs, depending on the relative costs of the inmate's current facility and the costs associated with housing and/or supervision in prerelease custody.

The proposed rule may also result in the early transfer of inmate from custody to supervised release, functionally shortening their sentences. In such cases, the Bureau would benefit from the avoidance of costs which would otherwise have been incurred to confine the affected inmates for that amount of time.

Notably, this proposed rule is limited to the processes for earning, awarding, and losing FSA Time Credits, and does not address the mechanisms through which those FSA Time Credits may be applied towards additional time in prerelease custody or early transfer to supervised release. Future decisions on that issue will significantly impact the relative amount of cost increases and cost savings to the Bureau. At present, therefore, specific costs or savings for these future actions cannot be calculated. Further, any increased costs or savings resulting from application of this proposed rule will only be realized at the end of an eligible inmate's sentence, as they are transferred to prerelease custody and/or released earlier to commence their term of supervised release. Therefore, the increased costs or cost savings realized from this proposed rule will not be fully realized for years to come, as increasing

BAEZ, RAUL 71515050

U.S. Department of Justice
Federal Bureau of Prisons

# Evidence-based Recidivism Reduction (EBRR) Programs and Productive Activities (PA)



The BOP assesses inmates for criminogenic needs and other needs that are associated with an increased risk of recidivism in the following areas: Anger/Hostility; Antisocial Peers; Cognitions; Dyslexia; Education; Family/Parenting; Finance; Poverty; Medical; Mental Health; Recreation/Leisure/Fitness; Substance Abuse; Trauma; and Work. The needs assessment system, inclusive of the screening and other assessment instruments and/or tools developed, is used to appropriately identify the individual needs of each inmate to assign appropriate evidence-based recidivism reduction programming (EBRRs) and productive activities.

## Evidence-based Recidivism Reduction (EBRR) Programs

| EBRR Name (short description) | Duration | Frequency | Hours[1] | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Bureau Literacy Program (Reading, math, and writing skills leading to high school equivalency) | Dependent on inmate progress | 1.5 hours/day | 240 | All BOP institutions[2] | Dyslexia, Education |
| Occupational Education Programs (Vocational training and marketable skills in a wide variety of trades) | Varies | Varies | 500 | All BOP institutions | Work |
| Federal Prison Industries (Trade name UNICOR, a job skills program) | Indefinite Duration | Full or shared half time | 500 | 57 factories and 2 farms located at 51 facilities | Work |
| National Parenting from Prison Program (Program focused on family engagement and parenting skills) | Phase 1: 4 weeks; Phase 2: 5 - 10 weeks | 2 hours/week | 40 | All BOP institutions | Family/Parenting |
| BRAVE (CBT[3] for young males with first offense) | 6 months | 20 hours/week | 500 | Beckley; Victorville-Medium | Antisocial Peers, Cognitions |
| Challenge (CBT for high security males focused on substance use and mental illness intervention) | Minimum of 9 months | 20 hours/week | 500 | At 17 high security facilities[4] | Cognitions, Mental Health, Substance Abuse |
| Female Integrated Treatment (CBT program for women addressing mental illness, trauma, substance use and vocational needs) | Varies based on individual need | 20 hours/week | 500 | Danbury - female | Cognitions, Mental Health, Substance Abuse, Trauma, Work |
| Mental Health Step Down Program (CBT for SMI[5] inmates) | 12-19 months | 20 hours/week | 500 | Allenwood- High; Atlanta; Butner-Medium | Cognitions, Mental Health |
| Residential Drug Abuse Treatment Program (RDAP) (CBT for inmates with diagnosed substance use disorders) | 9 months | 20 hours/week | 500 | At 88 locations[6] | Cognitions, Substance Abuse |

---

[1] Hours Awarded for Completion

[2] All BOP institutions means the program can be offered; scheduled offerings will be based on specific population needs.

[3] CBT – Cognitive Behavioral Therapy

[4] See BOP National Programs Catalog for specific locations

[5] SMI - Serious Mental Illness

[6] See BOP National Programs Catalog for specific locations

| EBRR Name (short description) | Duration | Frequency | Hours | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Resolve Program (Trauma treatment) | 40 weeks | Varies | 80 | All female sites except satellites; Florence and Danbury - male | Cognitions, Mental Health, Trauma |
| STAGES Program (High intensity CBT for SMI and personality disorder inmates) | 12-18 months | 20 hours/week | 500 | Florence High; Terre Haute - Medium | Cognitions, Mental Health |
| Skills Program (CBT and educational residential programs for inmates with cognitive impairments) | 12-18 months | 20 hours/week | 500 | Danbury; Coleman-Medium | Cognitions, Mental Health |
| Life Connections Programs (Faith-based values and life skills program) | 18 months | 20 hours/week | 500 | Petersburg - Low; Leavenworth; Milan; Terre Haute - High; Carswell | Family/Parenting |
| Anger Management (CBT program to manage anger) | 12 Sessions | 1.5 hours/week | 18 | All BOP institutions | Anger/Hostility Cognitions |
| Assert Yourself for Female Offenders (CBI[8] and psychoeducational program that teaches women to be assertive) | 8 weeks | 1 hour/week | 8 | All female sites | Cognitions, Family/Parenting |
| Basic Cognitive Skills (Introductory program to CBT) | 12-16 weeks | 1 - 1.5 hours/week | 24 | All BOP institutions | Cognitions |
| Criminal Thinking (Rational behavioral therapy for addressing antisocial cognitions) | 12-18 sessions | 1.5 hours/week | 27 | All BOP institutions | Antisocial Peers, Cognitions |
| Emotional Self-Regulation (CBT for managing personal emotions) | 8-12 sessions | 1-2 hours/week | 24 | All BOP institutions | Cognitions, Mental Health |
| Illness Management and Recovery (CBT for SMI) | 12-40 sessions | Up to 1.5 hours/week | 60 | All BOP institutions | Mental Health |
| Social Skills Training (SST) for Schizophrenia (CBT for SMI) | Varies | Varies | 60 | All BOP institutions | Cognitions, Mental Health |
| Threshold Program (Faith-based program focused on values and life skills) | 6-9 months | 1.5 - 2 hours/week | 72 | All BOP institutions | Family/Parenting |

---

[7] Hours Awarded for Completion
[8] CBI - Cognitive Behavioral Intervention

## Productive Activities (PA)

| PA Name (short description) | Duration | Frequency | Hours | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| English-as-a-Second Language | Depends on inmate progress | Minimum of 1.5 hours/day | 500 | All BOP institutions | Education, Work |
| Drug Education | Varies | Varies | 15 | All BOP institutions | Substance Abuse |
| Non-Residential Drug Abuse Treatment Program | 3-6 months | 1.5 - 2 hours/week | 24 | All BOP institutions | Cognitions, Substance Abuse |
| Sex Offender Treatment Program (Residential and Non-Residential) | 9-12 months | 12 hours/week | 500 | Carswell; Devens; Elkton; Englewood; Petersburg-Medium; Marianna; Marion; Seagoville; Tucson-High | Cognitions |
| Ultra Key 6: The Ultimate Keyboarding Tutor (Typing skills) | Varies | Self-paced | 20 | All BOP institutions | Education, Work |
| A Healthier Me in the BOP (Educational wellness program for women) | 4 sessions | 1.25 hours/week | 5 | All female sites | Recreation/Leisure/Fitness |
| A Matter of Balance (Helps build self-efficacy in strength and mobility) | 8 sessions | 2 hours/week | 16 | All BOP institutions | Recreation/Leisure/Fitness |
| AARP Foundation Finances 50+ (Financial literacy for older adults) | 3 sessions | 1.5 hours/week | 5 | All BOP institutions | Finance/Poverty |
| Access (Program to assist women overcoming domestic violence) | 5 sessions | 2 hours/week | 10 | All female sites | Cognitions, Mental Health, Trauma |
| Alcoholics Anonymous | Varies | Varies | 50 | All BOP institutions | Substance Abuse |
| Arthritis Foundation Walk with Ease | 6 weeks | Varies | 6 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Beyond Violence: A Prevention Program for Criminal-Justice Involved Women (Women focusing on anger management) | 20 sessions | 2 hours/week | 40 | All female sites | Anger/Hostility, Cognitions |
| Brain Health as You Age: You can Make a Difference! (Improved memory and decision-making) | Varies | Varies | 5 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Brief CBT for Suicidal Individuals (Addresses suicidality) | Varies | Varies | 20 | All BOP institutions | Mental Health |
| CBT for Prison Gambling | Varies | Varies | 20 | All BOP institutions | Antisocial Peers, Cognitions |
| Circle of Strength (Support group that introduces CBI to women) | 13 sessions | 1.5 hours/week | 20 | All female sites | Cognitions, Mental Health |
| CBT for Eating Disorders | Varies | Varies | 20 | All BOP institution | Mental Health |
| CBT of Insomnia | 4-8 Session | Varies | 10 | All BOP institutions | Mental Health |
| Cognitive Process Therapy (CBT to address trauma) | 12 sessions | 1.5 hours/week | 18 | All BOP institutions | Cognitions, Mental Health, Trauma |

| PA Name (short description) | Duration | Frequency | Hours | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Dialectical Behavior Therapy Skills Training (CBT for managing emotions and distress) | 52 sessions | 1.5 - 2 hours/week | 104 | All BOP institutions | Cognitions, Mental Health, Trauma |
| Embracing Interfaith Cooperations (Fosters interfaith understanding) | 5 sessions | 1-2 hours/week | 10 | All BOP institutions | Cognitions |
| Federal Prison Industries (FPI) Lean Basics Training (Business processing training class) | 16 hours | Varies | 16 | 51 FPI facilities | Work |
| Foundation (Reentry focused goal setting program for women) | 10 sessions | 1.5 hours/week | 15 | All female sites | Cognitions, Education, Mental Health, Work |
| Getting to Know Your Healthy Aging Body (Discusses changes over the lifespan) | 12 sessions | 1 hour/week | 12 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Health and Wellness Throughout the Lifespan | 3 sessions | .75 hours/week | 3 | All BOP institutions | Recreation/Leisure/Fitness |
| Healthy Steps for Older Adults (Reduce falls) | 3 sessions | Varies | 3 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Hooked on Phonics (Aids in combatting dyslexia) | Varies | 1.5 hours/day | 500 | All BOP institutions | Dyslexia, Education, Work |
| Houses of Healing: A Prisoner's Guide to Inner Power and Freedom (Emotional literacy and understanding) | 12 sessions | 2 hours/week | 24 | All BOP institutions | Cognitions |
| Key Train for ACT WorkKeys (Building job-relevant skills) | Varies | Varies | 50 | All BOP institutions | Education, Work |
| Living a Healthy Life with Chronic Conditions | Varies | Varies | 24 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Managing Your Diabetes | 12 sessions | 1 hour/week | 12 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Mindfulness-Based Cognitive Therapy | 8 sessions | 2 hours/week | 16 | All BOP institutions | Mental Health |
| Money Smart for Older Adults | 14 sessions | 1-2 hours/week | 28 | All BOP institutions | Finance/Poverty |
| Narcotics Anonymous | Varies | Varies | 50 | All BOP institutions | Substance Abuse |
| National Diabetes Prevention Program | 16 sessions | Varies | 16 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| PEER (Disabilities support group) | 10 sessions | 1 hour/week | 10 | All BOP institutions | Antisocial Peers |
| Pu'a Foundation Reentry Program (Program for women grounded in Hawaiian culture) | Varies | 2 hours/week | 20 | FDC Honolulu | Family/Parenting, Trauma |
| Service Fit (Wellness group for veterans) | 8 weeks | 2 hours/week | 16 | All BOP institutions | Recreation/Leisure/Fitness |
| Sexual Self-Regulation (SSR) (CBT programs for sex offenders) | 3-6 months | Varies | 100 | All BOP institutions | Cognitions |

| PA Name (short description) | Duration | Frequency | Hours | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Soldier On (Support group for veterans) | 10 weeks | 1-1.5 hours/week | 15 | All BOP institutions | Antisocial Peers, Trauma |
| Square One: Essentials for Women (Psychoeducation life skills for women) | 8 sessions | 1.5 hours/week | 12 | All female sites | Finance/Poverty, Mental Health, Recreation/Leisure/ Fitness |
| START Now (Program behavior disorders) | 32 sessions | Varies | 32 | All BOP institutions (gendered curricula) | Anger/Hostility, Cognitions |
| Supported Employment (Matching SMI with jobs) | Varies | Varies | 20 | All BOP institutions | Education, Mental Health, Work |
| Talking with Your Doctor - Guide for Older Adults (Prepares for medical appointments) | Varies | Varies | 5 | All BOP institutions | Medical, Recreation/Leisure/ Fitness |
| Understanding Your Feelings: Shame and Low Self Esteem (Program for women) | 7 sessions | 1 hour/week | 7 | All female sites | Cognitions, Mental Health, Trauma |
| Victim Impact: Listen and Learn | 13 Sessions | 2 hours/week | 26 | All BOP institutions | Cognitions |
| Wellness Recovery Action Plan (Manage mental illness) | 8 Sessions | 2.5 hours/session | 20 | All BOP institutions | Mental Health |
| Women in the 21st Century Workplace (Occupational program for women) | 10 sessions | 1 hour/week | 10 | All female sites | Education, Work |
| Women's Relationships (Teaching women about healthy interpersonal dynamics) | 5 sessions | 1 hour/week | 5 | All female sites | Antisocial Peers, Cognitions, Family/Parenting |
| K2 Awareness Program | 5 weeks | 1 hour/week | 5 | All BOP institutions | Substance Abuse |