UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: :
RAUL BAEZ : **ORDER TO SHOW CAUSE**
                 Petitioner, :
: 21-CV-4760 (LDH)
     - against - :
:
H. TELLEZ, Warden MDC Brooklyn :
:
                 Respondent. :
:
------------------------------------------------------------ X

    Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. 2241, dated August 20, 2021, a copy of which is attached, it is ORDERED that:

(1) Petitioner is granted leave to proceed in forma pauperis;

(2) The United States Attorney for the Eastern District of New York, as attorney for respondent, shall show cause before this Court why a writ of habeas corpus should not be issued by the filing of a return to the petition;

(3) Within sixty (60) days of receipt of this Order, the respondent shall serve a copy of its return upon the petitioner herein and shall file the original thereof, with proof of such service, with Clerk of this Court;

(4) Service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof, together with a copy of the petition, to the United States Attorney for the Eastern District of New York, and by mailing a copy of this Order to the petitioner;

(5) Petitioner, within thirty (30) days of receipt of a copy of the return, shall file a reply, if any, with the Clerk of the Court and serve a copy on the respondent;

(6) All communications with the Court must be served on the opposing party.

                                                  SO ORDERED:

                                                  /s/ LDH
                                                  LASHANN DEARCY HALL
                                                  United States District Judge

Dated: Brooklyn, New York
         August 31, 2021